## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

In Re:                                          Case No. 1:19-bk-13258

John Allen Christ                               Chapter 13

Debtor.                                         Judge Beth A. Buchanan

---

### NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S.

Bankruptcy Court, Southern District of Ohio, and enters an appearance on behalf of U.S. Bank

Trust National Association, as Trustee of Dwelling Series III Trust ("Creditor"), in the above

captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Appearance was served **electronically** on October 27, 2022 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **first class mail** on October 27, 2022 addressed to:

John Allen Christ, Debtor
3417 Pleasant Ave.
Hamilton, OH 45015

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Attorney for Creditor